U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 2 2016

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASON DEAN WARREN,<br>Plaintiff | CIVIL ACTION NO. 1:15-CV-2514;<br>SECTION "P" |
| VERSUS | CHIEF JUDGE DRELL |
| SHERIFF'S DEPT., ET AL.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 21st day of April, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT